Dismissed and Memorandum Opinion filed April 12, 2007








 

Dismissed
and Memorandum Opinion filed April 12, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00283-CR

____________

 

VICTOR ANTHONY PROVOST, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
212th District Court

Galveston County, Texas

Trial Court Cause No.
03CR2234

 



 

M E M O R A N D U M   O P I N I O N

A
written request to withdraw the notice of appeal, personally signed by
appellant, has been filed with this Court.  See Tex. R. App. P. 42.2.  Because this Court has not delivered
an opinion, we grant appellant=s request.

Accordingly,
we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

PER CURIAM

 








Judgment rendered and Memorandum
Opinion filed April 12, 2007.

Panel consists of Chief Justice
Hedges and Justices Hudson and Guzman. 

Do not publish C Tex.
R. App. P. 47.2(b).